UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMINA PACKAGING INNOVATIONS, LLC,

                      Plaintiff,

v.

LAFCO ENTERPRISES, INC.,
d/b/a LAFCO NEW YORK

                      Defendant.

Case No. 1:12-cv-05225-CM

**JURY TRIAL DEMANDED**

MEMO ENDORSED

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Lamina Packaging Innovations, LLC, and defendant Lafco Enterprises, Inc. dba Lafco New York, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENT AGREEMENT**" and dated November 12, 2012. Each party will bear its own costs, expenses and attorneys' fees.

Dated: November 20, 2012

Respectfully submitted,

*/s/ Darrell G. Dotson*
Darrell G. Dotson
Gregory P. Love
Scott E. Stevens
*(PRO HAC VICE)*
STEVENS LOVE
222 N. Fredonia St.
Longview, Texas 75601
(903) 753–6760
scott@stevenslove.com
greg@stevenslove.com
darrell@stevenslove.com

Todd Y. Brandt
STEVENS LOVE
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 284-5200
todd@stevenslove.com

Steven M. Hayes
HANLY CONROY BIERSTEIN
SHERIDAN FISHER &HAYS LLP
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6400 main
(212) 213-5949 fax
shayes@hanlyconroy.com

**Attorneys for Plaintiff Lamina Packaging Innovations, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.2. As such, this document was served on all counsel who are deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 20th day of November, 2012.

/s/ Darrell G. Dotson
Darrell G. Dotson